**Clarence C. MOORE, Plaintiff–**
**Appellant,**

v.

**CHURCH HILL HOUSE/AGENT**
**WINN MANAGEMENT,**
**Defendant–Appellee.**

**No. 03–1858.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 17, 2003.

Clarence C. Moore, Appellant Pro Se. John Kirkland Burke, Jr., Troutman Sanders, L.L.P., Richmond, Virginia; Jason Christopher Roper, Troutman Sanders, L.L.P., Virginia Beach, Virginia, for Appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clarence C. Moore appeals the district court's order dismissing his civil action against Church Hill House and Winn Management. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Moore v. Church Hill House,* No. CA–03–165 (E.D. Va. June 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*